IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-03342-RBJ-MJW

LYNETTE ZUCKERMAN,

Plaintiff(s),

v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C., a Delaware limited liability company,

Defendant(s).

---

ORDER SETTING SCHEDULING/PLANNING CONFERENCE

---

Entered by U.S. Magistrate Judge Michael J. Watanabe

The above-captioned case has been referred to Magistrate Judge Michael J. Watanabe pursuant to the Order of Reference to United States Magistrate Judge, entered by Judge R. Brooke Jackson on December 16, 2013 (Docket No. 7).

IT IS HEREBY ORDERED that a Scheduling/Planning Conference pursuant to Fed. R. Civ. P. 16(b) shall be held on:

> February 24, 2014, at 10:30 a.m.
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

If this date is not convenient for any counsel/pro se party, he/she should confer with opposing counsel/pro se party and **file a motion** to reschedule the conference to a more convenient date.

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a motion is filed no less than FIVE (5) business days in advance of the date of appearance.</u>**

<u>THE PLAINTIFF SHALL NOTIFY ALL PARTIES WHO HAVE NOT ENTERED</u>

AN APPEARANCE OF THE DATE AND TIME OF THE SCHEDULING/PLANNING
CONFERENCE.

IT IS FURTHER ORDERED that counsel/pro se parties in this case shall hold a
pre-scheduling conference meeting and prepare a proposed Scheduling Order in
accordance with Fed. R. Civ. P. 26(f) and D.C.COLO.LCivR 16.1 and 26.1(a) on or
before 21 days prior to scheduling conference.  Pursuant to Fed. R. Civ. P. 26(d) no
discovery shall be sought until after the pre-scheduling conference meeting.  No later
than five (5) business days prior to the Scheduling/Planning Conference, counsel/pro se
parties shall file their proposed Scheduling Order **(in PDF)** in compliance with the ECF
Filing Procedures.  In addition, on or before fourteen (14) days after the pre-scheduling
conference meeting, the parties shall comply with the mandatory disclosure
requirements of Fed. R. Civ. P. 26(a)(1).

Counsel/pro se parties shall prepare the proposed Scheduling Order as provided
in D.C.COLO.LCivR 16.1 in accordance with the form and instructions which may be
found through the links in D.C.COLO.LCivR 16.2 and 26.1(a).  Parties who are
unrepresented and do not have access to the internet may visit the Clerk's Office in
Alfred A. Arraj U.S. Courthouse,  901 19th Street, Room A-105, Denver, Colorado.
(The Clerk's Office telephone number is (303) 844-3433.)  Scheduling Orders prepared
by parties not represented by counsel, or without access to ECF, shall be submitted on
paper.

All out-of-state counsel shall comply with D.C.COLO.LAttyR 3(a) prior to the
Scheduling/Planning Conference.

It is the responsibility of counsel to notice the court of their entry of appearance,
notice of withdrawal, or notice of change of counsel's address, e-mail address, or
telephone number by complying with the ECF Procedures and filing the appropriate
motion or document with the court.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United
States Courthouse will be required to show valid photo identification and be subject to
security procedures.  See D.C.COLO.LCivR 83.2.  Failure to comply with the
identification requirement and security procedures will result in denial of entry into the
Alfred A. Arraj United States Courthouse.

DONE AND SIGNED THIS 16th DAY OF DECEMBER, 2013.

BY THE COURT:

s/Michael J. Watanabe

_____
MICHAEL J. WATANABE
United States Magistrate Judge